[Civ. No. 2942.  Third Appellate District.—March 25, 1925.]

A. L. WAUGAMAN, Respondent, v. A. L. RICHARDSON
et al., Appellants.

[1] APPEAL—DELAY IN FILING BRIEF—RELIEF FROM DEFAULT—INSUF-
FICIENT EXCUSE.—On a motion to dismiss an appeal on the ground
that appellants failed to file their points and authorities within
thirty days after the filing of the transcript, a sufficient ground
for relieving appellants from their default is not shown where the
affidavit filed by one of the counsel for appellants merely shows
that his associate is district attorney and affiant is deputy district
attorney, that they had been extremely busy with official business
of the county and had neglected the preparation of appellants'
brief but had given it such time as was possible between the per-
formance of acts of official duty, that the time was inadvertently
allowed to pass without an application for an extension of time,
and that they did not think counsel for respondent would take
advantage of their default, and no reason is stated why the brief
was not prepared and filed or an application made for an ex-
tension of time during the five weeks succeeding appellants' first
default and prior to the filing of notice of motion to dismiss.

(1) 3 C. J., p. 1442, n. 67.

MOTION to dismiss an appeal from the Superior Court of
El Dorado County.  George H. Thompson, Judge.  Appeal
dismissed.

The facts are stated in the opinion of the court.

Abe Darlington and Henry S. Lyon for Appellants.

Thomas Maul for Respondent.

FINCH, P. J.—The transcript on appeal herein was filed
in this court on the 29th of December, 1924.  March 7, 1925,
the respondent filed notice of motion to dismiss the appeal
on the ground that appellants had failed to file their points
and authorities within thirty days after the filing of the
transcript.  Appellants' brief was thereafter filed on the
21st of March.  Respondent's motion was heard and sub-
mitted March 23d.  At the hearing the appellants applied

1.  See 2 Cal. Jur. 741.

for relief from their default.    **[1]**    In support of the application for relief, the affidavit of one of the attorneys for appellants was presented.    Affiant therein states that his associate is district attorney of El Dorado County and the affiant is deputy district attorney; that "during all of the time since the filing of the said transcript on appeal both affiant and his said associate have been extremely busy with official business of said county of El Dorado, but had not neglected the preparation of appellants' brief but had given to it such time as was possible between the performance of acts of official duty; that at the time their period of time for the filing of appellants' opening brief expired said attorneys were both busy with official duties and the time was inadvertently allowed to pass without an application for an extension of time, but said attorneys did not believe that respondent's attorney would move to dismiss the appeal without giving some notice to them that he intended to insist that the brief should be immediately filed, or filed within some given time."    No reason is stated why the brief was not prepared and filed or an application made for an extension of time during the five weeks succeeding appellants' first default.    Neglect of the character of that stated in the affidavit has never been held sufficient ground for relieving a party from his default.    (*Weinmann* v. *Factor,* 63 Cal. App. 592 [219 Pac. 461]; *Berendsen* v. *Babdaty,* 62 Cal. App. 185 [216 Pac. 385], and cases cited.)

Appellants' application for relief from their default is denied and the appeal is dismissed.

Hart, J., and Plummer, J., concurred.